# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-60121

————————

United States Court of Appeals
Fifth Circuit

**FILED**

February 15, 2024

Lyle W. Cayce
Clerk

Sumrall Capital, L.L.C.,

*Plaintiff—Appellee*,

*versus*

Sanford Miller,

*Defendant—Appellant*,

*versus*

U-Save Holdings, Incorporated; Trace Residential Properties, L.L.C.; Thomas P. McDonnell, III,

*Counter-Defendants—Appellees*.

————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:20-CV-784

————————————————————

Before Smith, Graves, and Wilson, *Circuit Judges*.

Per Curiam:[*]

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-60121

This court has considered this appeal on the basis of the briefs, the record and the applicable law. Having done so, the judgment is AFFIRMED, essentially for the reasons stated by the district court in its detailed and well-reasoned order.